JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeff Macy,<br><br>                       v.<br><br>San Bernardino County Counsel,<br><br>                     PLAINTIFF(S)<br><br>                     DEFENDANT(S) | **CASE NUMBER**<br><br>5:24-cv-01331-RGK-BFM<br><br>**ORDER ON REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS***<br>**(NON-PRISONER CASE)** |

The Court has reviewed the Request to Proceed *In Forma Pauperis* (the "Request") and the documents submitted with it. On the question of indigency, the Court finds that the party who filed the Request:

☒ is not able to pay the filing fees.  ☐ is able to pay the filing fees.

☐ has not submitted enough information for the Court to tell if the filer is able to pay the filing fees. This is what is missing:


**IT IS THEREFORE ORDERED** that:

☐ The Request is GRANTED.

☐ Ruling on the Request is POSTPONED for 30 days so that the filer may provide additional information.

☐ The Request is DENIED because the filer has the ability to pay.

☒ As explained in the attached statement, the Request is DENIED because:

    ☐ The District Court lacks ☐ subject matter jurisdiction ☐ removal jurisdiction.
    ☐ The action is frivolous or malicious.
    ☐ The action fails to state a claim upon which relief may be granted.
    ☒ The action seeks monetary relief against defendant(s) immune from such relief.

**IT IS FURTHER ORDERED** that:

☐ Within 30 days of the date of this Order, the filer must do the following:




If the filer does not comply with these instructions within 30 days, this case will be DISMISSED without prejudice.

☒ As explained in the attached statement, because it is absolutely clear that the deficiencies in the complaint cannot be cured by amendment, this case is hereby DISMISSED ☐ WITHOUT PREJUDICE ☒ WITH PREJUDICE.

☐ This case is REMANDED to state court as explained in the attached statement.

| | |
|---|---|
| 6/27/2024<br>Date | *Gary Klausner*<br>United States District Judge |

CV-73 (07/22)        ORDER ON REQUEST TO PROCEED *IN FORMA PAUPERIS* (NON-PRISONER CASE)

On June 18, 2024, Plaintiff filed a Civil Rights Complaint and a Request to Proceed In Forma Pauperis. (ECF Nos. 1, 4.)  Plaintiff brings this suit because of the litigation conduct of Defendant, the San Bernardino County Counsel, in defending other cases that Plaintiff has filed. (ECF No. 1 at 4.)  Plaintiff alleges, for example, that Defendant "refused to settle" one of the cases. (Id. at 5.)  Plaintiff seeks $100,000 in damages. (Id. at 29.)

Because Plaintiff seeks to proceed in forma pauperis, the Court has reviewed the Complaint to determine whether the action is frivolous or malicious; fails to state a claim on which relief may be granted; or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).  As explained below, the Complaint is dismissed without leave to amend.

Defendant is immune from liability under the Noerr-Pennington doctrine, which protects "those who petition any department of the government for redress."  Sosa v. DirecTV, Inc., 437 F.3d 923, 929 (9th Cir. 2006).  The Noerr-Pennington doctrine protects defensive litigation conduct.  Freeman v. Lasky, Haas & Cohler, 410 F.3d 1180, 1184 (9th Cir. 2005).  In particular, the doctrine immunizes decisions to settle suits.  Id. (citing Columbia Pictures Industries, Inc. v. Professional Real Estate Investors, Inc., 944 F.2d 1525, 1528-29 (9th Cir. 1991)).  Moreover, the doctrine immunizes not only attorney defendants, but also non-attorney defendants.  Id. at 1186.  Thus, because Plaintiff is challenging how Defendant is conducting the defenses of other pending cases, this suit is barred.

Finally, given this deficiency, leave to amend is not warranted.  See FilmTec Corp. v. Hydranautics, 67 F.3d 931, 939 (D.C. Cir. 1995) (amendment was futile where Defendant was immune under Noerr-Pennington doctrine).  Thus, the Complaint is dismissed without leave to amend, and the action is dismissed with prejudice.

*(attach additional pages if necessary)*